UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THADDEUS M. LIETZ,

    Plaintiff,

v.                                                 Case No. 12-CV-0006

MICHAEL DITTMANN, SCOTT ECKSTEIN,
CAPTAIN CHOJNACKI, MS. POWLESS, and
KELLY MUESKE,

    Defendants,

## ORDER

Before me now is document filed by plaintiff entitled motion for discovery, motion of Subpoenas, and Motion of Execution to Obtain. These seem to be plaintiff's requests for production. However, defendants never responded to plaintiff's motion so I am unable to determine whether they treated them as such. Therefore,

**IT IS ORDERED** that defendants shall file a response to plaintiff's motion for discovery, motion of subpoenas, and motion of execution to obtain (Docket #23) on or before **Wednesday, November 21, 2012**. Defendants shall advise the court whether they responded to the discovery requests contained in plaintiff's motion and, if they did, provide me with a copy of their responses.

**IT IS FURTHER ORDERED** that plaintiff does not need to respond to defendants' motion for summary judgment until I resolve his discovery motions. In that order, I will set a deadline for his response to the motion for summary judgment.

Dated at Milwaukee, Wisconsin, this 6th day of November 2012.

                                                                         s/ Lynn Adelman

                                                                        LYNN ADELMAN
                                                                        District Judge